

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ANTHONY J. CABLE,** )   )   **Plaintiff** )   )   vs. )   )   **STEVEN TISH, et al.,** )   )   **Defendants** ) | **Case No.  5:06-cv-01719-VEH-HGD** |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 16, 2007, recommending that defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  Plaintiff filed objections on May 25, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for

summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**.  A Final Judgment will be entered.

    **DONE** this the 29th day of June, 2007.

                                                           **VIRGINIA EMERSON HOPKINS**
                                                          United States District Judge